# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| GABRIEL ISLAS; ) | |
| SILVERIO HERNANDEZ; ) | |
| AND RICARDO GARCIA ) | |
|     Plaintiffs, ) | |
| ) | CIVIL ACTION FILE NO. |
| vs. ) | |
| ) | |
| JEFF LINDSEY COMMUNITIES, ) | **JURY DEMAND** |
| INC., ) | |
| ) | |
|     Defendant. ) | |

## COMPLAINT FOR DAMAGES

COME NOW, Gabriel Islas, Silverio Hernandez, and Ricardo Garcia (collectively, "Plaintiffs"), by and through undersigned counsel, and hereby bring this action against Defendant Jeff Lindsey Communities, Inc. ("Defendant").

## NATURE OF THE ACTION

1.

This is an action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219, alleging that Defendant failed to pay Plaintiffs the correct amount of overtime wages throughout the terms of their employment. Consequently, Defendant is liable to Plaintiffs for unpaid wages, liquidated damages, reasonable attorney's fees, and costs of litigation.

## PARTIES

2.

Plaintiffs Gabriel Islas and Silverio Hernandez reside in Austell, Georgia. Plaintiff Ricardo Garcia resides in Conyers, Georgia.

3.

Defendant is a Georgia corporation with its principle place of business located in Coweta County at 140 Village Circle, Senoia, Georgia 30276. Defendant may be served with process at its place of business by delivering a copy of the complaint and summons to its Registered Agent Jeffrey David Lindsey or to any other "officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process . . . ." Fed.R.Civ.P. 4(h).

## JURISDICTION AND VENUE

4.

The Court has jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. § 1331 (federal question).

5.

Defendant is subject to personal jurisdiction in the state of Georgia for purposes of this lawsuit because it is a citizen of Georgia.

6.

Defendant is an employer covered by the FLSA because (1) it is an employer engaged in interstate commerce, (2) its employees (including Plaintiffs) are engaged in interstate commerce, and (3) it has at least $500,000 in "annual gross volume of sales made or business done." 29 U.S.C. § 203(s)(1)(A).

7.

Pursuant to 28 U.S.C. § 1391 and Local Rule 3.1(B)(1)(a), venue is proper in this Court because Defendant resides in Coweta County, which is within the Newnan Division of the United States District Court for the Northern District of Georgia.

## **THE FACTS**

8.

Plaintiffs were employed as construction workers by Defendant.

9.

Plaintiff Gabriel Islas remains employed by Defendant, but Defendant recently terminated Plaintiffs Silverio Hernandez and Ricardo Garcia.

10.

Plaintiffs were/are non-exempt employees under the FLSA and implementing regulations promulgated by the Department of Labor.

11.

Throughout their time as employees, Plaintiffs regularly worked overtime hours—i.e., hours in excess of forty (40) hours per week.

12.

In general, Plaintiffs worked more than eight (8) hours per day, either by working through all or part of their lunch breaks or by working additional time at the end of the work day.

13.

In general, Plaintiffs worked at least five (5) days per week.

14.

In addition to their daytime work, Defendant also regularly required Plaintiffs to work nighttime security shifts, during which they were responsible for ensuring that no materials were stolen from Defendant's construction sites.

15.

However, Defendant failed to pay Plaintiffs at a rate not less than one and one half times their regular rate of pay for the overtime hours that they worked.

16.

Defendant's failure to pay overtime was willful because Defendant had no conceivable basis for determining that Plaintiffs were exempt from the FLSA's overtime requirement or not covered by the statute.

17.

Defendant also willfully violated the FLSA by failing to maintain accurate time-records for Plaintiffs.

## COUNT ONE: FAILURE TO PAY OVERTIME

18.

Plaintiffs incorporate all preceding paragraphs as though the same were fully set forth herein.

19.

Plaintiffs are covered by the FLSA and are not exempt employees.

20.

Defendant failed to pay Plaintiffs overtime wages as required by 29 U.S.C. § 207(a).

21.

Pursuant to 29 U.S.C. § 216(b), Defendant is liable to Plaintiffs for unpaid overtime wages, liquidated damages, reasonable attorney's fees, and costs of litigation.

## COUNT TWO: WILLFUL FAILURE TO PAY OVERTIME

22.

Plaintiffs incorporate all preceding paragraphs as though the same were fully set forth herein.

23.

Defendant willfully violated the FLSA's overtime provision, 29 U.S.C. § 207(a), by refusing to pay Plaintiffs the correct amount of overtime wages.

24.

Pursuant to 29 U.S.C. §§ 216(b) and 255(a), Defendant is liable to Plaintiffs for three years of unpaid overtime wages, liquidated damages, reasonable attorney's fees, and costs of litigation.

WHEREFORE, Plaintiffs seeks judgment against Defendant, and ask for relief as follows:

a. that Plaintiffs receive judgment against Defendant for all unpaid wages dating back to three years from the date that this action is filed;

b. that Plaintiffs receive judgment for liquidated damages equal to the amount of their unpaid wages;

c. that Plaintiffs receive judgment against Defendant for costs and attorney's fees in a sum that shall be proven at trial; and

d. that Plaintiffs have such other and further relief as the Court deems just and proper.

This 20th day of December, 2011

| | |
|---|---|
| **MAYS & KERR LLC** | /s/ Jeff Kerr |
| 260 Peachtree Street NW | Jeff Kerr |
| Suite 2200 | Ga. Bar No. 634260 |
| Atlanta, GA 30303 | jeff@maysandkerr.com |
| Telephone: (404) 527-6231 | |
| Facsimile: (877) 813-1845 | John L. Mays |
| Attorneys for Plaintiff | Ga. Bar No. 986574 |
| | john@maysandkerr.com |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, counsel hereby certify that this Complaint for Damages has been prepared using Times New Roman 14 point font, as approved by Local Rule 5.1C.

This 20th day of December, 2011

**MAYS & KERR LLC**
260 Peachtree Street NW
Suite 2200
Atlanta, GA 30303
Telephone: (404) 527-6231
Facsimile: (877) 813-1845
Attorneys for Plaintiff

/s/ Jeff Kerr
Jeff Kerr
Ga. Bar No. 634260
jeff@maysandkerr.com

John L. Mays
Ga. Bar No. 986574
john@maysandkerr.com