## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

GABRIEL ISLAS,
SILVERIO HERNANDEZ, and
RICARDO GARCIA,

      Plaintiffs,

v.

JEFF LINDSEY COMMUNITIES,
INC.,

      Defendant.

CIVIL ACTION FILE NO.
3:11-cv-00202-TCB

## ORDER APPROVING SETTLEMENT

Plaintiffs Gabriel Islas, Silverio Hernandez, and Ricardo Garcia and Defendant Jeff Lindsey Communities, Inc. filed a Joint Motion for Approval of Settlement Agreement.

Having reviewed the settlement agreement, this Court finds it to be a reasonable settlements of the Plaintiffs' claims under the Fair Labor Standards Act.

The Parties' Motion is, therefore, **GRANTED**.

IT IS HEREBY ORDERED that the settlement agreement is approved. Upon completion of the payments outlined in the settlement agreement, the Parties

1

are directed to file a Joint Stipulation of Dismissal with Prejudice.   The Court expressly retains jurisdiction to enforce the settlement.   *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 114 S.Ct. 1673 (1994).   The parties shall bear their own costs.

   **SO ORDERED** this the _6th_ day of _September_, 2012.

 

HONORABLE TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE